**Order entered February 1, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00948-CV

## IN RE KNL TRANSPORTATION, INC., Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17408**

## ORDER
Before Justices Myers, Molberg, and Goldstein

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus.


/s/     KEN MOLBERG
         JUSTICE